# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:23-cr-0029 |
| ) | |
| **RAPHI JOSEPH,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated July 17, 2023, recommending that the Defendant's plea of guilty to Count One of the Information be accepted and the defendant be adjudged guilty. (EF No. 14.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 14, is **ADOPTED;** it is further

**ORDERED** that Defendant Raphi Joseph's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Joseph is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **September 1, 2023;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **September 15, 2023;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **September 29, 2023;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **October 13, 2023;** and it is further

*United States v. Joseph*
Case No. 3:23-cr-0029
Order
Page **2** of **2**

**ORDERED** that a sentencing hearing shall be held on **October 27, 2023, at 9:30 A.M. in STT Courtroom No. 1.**


**Date:** August 2, 2023                     /s/ *Robert A. Molloy*
                                            **ROBERT A. MOLLOY**
                                            **Chief Judge**